NUMBER 13-05-00125-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________
 

IN RE JAMES NEIL CARPENTER

__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Garza, and Wittig


 
Per Curiam Memorandum Opinion




         Relator, James Neil Carpenter, filed a petition for writ of mandamus in the above
cause on February 17, 2005. The Court, having examined and fully considered the
petition for writ of mandamus, is of the opinion that relator has not shown himself
entitled to the relief sought. Accordingly, the petition for writ of mandamus is
DENIED. See Tex. R. App. P. 52.8(a). 

                                                                        PER CURIAM


Memorandum Opinion delivered and filed
this 22nd day of February, 2005.